160 A.3d 702

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. J.L., DEFENDANT–PE-
TITIONER, AND H.L., DEFENDANT. IN THE MATTER OF
THE GUARDIANSHIP OF A.L. AND L.L., MINORS—RESPON-
DENT.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005146–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 702

PENNYMAC CORP., PLAINTIFF–RESPONDENT, v.
CHARLESWORTH LEWIS AND JOAN LEWIS,
DEFENDANTS–PETITIONERS.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004106–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.